IN THE SUPREME COURT

DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

5 MARCH 2015

| 470P14 | N.C. Department of Public Safety v. Carrie J. Tucker | 1. State's PDR Prior to a Determination of the COA (COA14-1308)<br><br>2. State's Motion for Consolidation | 1. Denied<br><br>2. Dismissed as moot<br><br>**Ervin, J., recused** |
|--------|------|------|------|
| 473P14 | State v. Terry Dean Spivey | 1. Def's *Pro Se* Motion for Notice of Appeal (COA13-656)<br><br>2. Def's *Pro Se* Petition for Writ of Certiorari to Review Decision of N.C. COA<br><br>3. Def's *Pro Se* Petition for Writ of Habeas Corpus | 1. Dismissed *ex mero motu*<br><br>2. Denied<br><br><br>3. Denied **02/25/2015** |
| 475P14-2 | State v. Reginald U. Fullard | Def's *Pro Se* Motion for Reconsideration with Additional Evidence | Dismissed |
| 478P14 | State v. Joe Louis Petty, Jr. | 1. Def's NOA Based Upon A Constitutional Question (COA14-641)<br><br>2. Def's PDR Under N.C.G.S. § 7A-31<br><br>3. State's Motion to Dismiss Appeal | 1. —<br><br>2. Denied<br><br>3. Allowed |
| 493P10-2 | State v. Elijah Shane Clary | Def's *Pro Se* Motion for Recision of Contract | Dismissed |
| 525P13-2 | State v. Dennis O'Keith Blackwell | Def's *Pro Se* Motion to Appeal Complaint Filed with the N.C. Judicial Standards Commission | Dismissed |